UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY LENTZ,

        Plaintiff,

                                      Case Number 12-12037
v.                                       Honorable David M. Lawson

JOHN LOXTON, F/N/U GREGORY, F/N/U
WEBERG, F/N/U ODEN, F/N/U COSBY,
F/N/U BIVENS, F/N/U KUPKE, BETTINA
J. WELLS, F/N/U JACKSON, DARRELL
STEWARD, KENNETH ROMANOWSKI,
and DANIEL H. HEYNS,

        Defendants.
_____/

## ORDER DOCKETING LETTER AS MOTION FOR PRELIMINARY INJUNCTION AND REFERRAL TO MAGISTRATE JUDGE

On June 18, 2012, the Court received a letter from the plaintiff complaining that certain prison officials would not process his legal mail, which he has attempted to deliver to this Court. The letter asks the Court to issue a preliminary injunction. The plaintiff is representing himself in this case and does not appear to be trained in the law. Generally, the lawsuit papers of a *pro se* party "must be held to less stringent standards than formal pleadings drafted by lawyers.'" *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)).

Accordingly, it is **ORDERED** that the letter from the plaintiff dated June 13, 2012 and received June 18, 2012 shall be and is hereby docketed as a motion for preliminary injunction.

It is further **ORDERED** that the motion be referred for a report and recommendation to Magistrate Judge Mark A. Randon under the general order of reference entered June 1, 2012.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated: June 22, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 22, 2012.

                              s/Deborah R. Tofil
                              DEBORAH R. TOFIL