UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

GARY LENTZ #655484,

    Plaintiff,                          NO. 2:12-cv-12037

v                                          HON. DAVID M. LAWSON

ROBERT LOXTON, *et al.*,        MAG. MARK A. RANDON

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants Robert Loxton, Alan Gregory, Antwan Oden, Jaarih Cosby, Bettina Wells, Kenneth Romanowski, Daniel Heyns, Shane Jackson and Darrell Steward having filed a Motion to Stay Discovery and the Court having reviewed same;

IT IS ORDERED that the motion is GRANTED and discovery shall be stayed during the pendency of this action or until further Order of this court.

                                              s/Mark A. Randon
                                              MARK A. RANDON
                                              UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 6, 2012, by electronic and/or first class U.S. mail.*

                                              *s/Melody R. Miles*
                                              *Case Manager to Magistrate Judge Mark A. Randon*

Himebaugh\FED Intake\20120017727A Lentz\proposed Discovery Order