UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY LENTZ, #655484,

        Plaintiff,        CIVIL ACTION NO. 12-12037

                      HONORABLE DAVID M. LAWSON

v.

                      MAGISTRATE JUDGE MARK A. RANDON

ROBERT LOXTON, et al.,

        Defendants.
_____/

**ORDER DENYING AS MOOT PLAINTIFF'S
MOTION TO ADMIT EXHIBITS INTO EVIDENCE (DKT. NO. 37)**

       This matter is before the Court on Plaintiff's Motion to Admit Exhibits into Evidence (Dkt. No. 37). On August 23, 2012, Plaintiff submitted 20 exhibits that he wants part of the record.

       Plaintiff's motion is **DENIED AS MOOT**; these exhibits were made part of the record on August 31, 2012 (Dkt. Nos. 29-31).

       **IT IS ORDERED**.

                                    s/Mark A. Randon
                                    MARK A. RANDON
                                    UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2012

Certificate of Service

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 20, 2012, by electronic and/or first class U.S. mail.

                                    s/Melody R. Miles
                                    Case Manager to Magistrate Judge Mark A. Randon