UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY LENTZ,  #655484,

        Plaintiff,        CIVIL ACTION NO. 12-12037

                              HONORABLE DAVID M. LAWSON

v.

                              MAGISTRATE JUDGE MARK A. RANDON

ROBERT LOXTON, et al.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S
## MOTION TO STRIKE DEFENDANTS' RESPONSE (DKT. NO. 42)

On June 22, 2012, Plaintiff filed a Motion for Preliminary Injunction (Dkt. No. 13).  On August 21, 2012, the Court ordered Defendants to respond to Plaintiff's motion (Dkt. No. 25). Defendants responded on September 14, 2012 (Dkt. No. 35).

This matter is before the Court on Plaintiff's Motion to Strike Defendants' Response to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 42).  Plaintiff's motion is **DENIED**; Defendants' response was properly filed in response to the Court's order.

    **IT IS ORDERED**.

                                                  s/Mark A. Randon
                                                  MARK A. RANDON
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:  December 20, 2012

Certificate of Service

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 20, 2012, by electronic and/or first class U.S. mail.

                                                  s/Melody R. Miles
                                                  Case Manager to Magistrate Judge Mark A. Randon