UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY LENTZ,  #655484,

                    Plaintiff,              CIVIL ACTION NO. 12-12037

                                            HONORABLE DAVID M. LAWSON
v.

                                            MAGISTRATE JUDGE MARK A. RANDON
ROBERT LOXTON, et al.,

                    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## PLAINTIFF'S MOTION TO SERVE A SUPPLEMENTAL COMPLAINT (DKT. NO. 39)

On September 14, 2012, Defendants filed a Motion for Summary Judgment (Dkt. No. 34).  Five days later, on September 19, 2012, Plaintiff filed a Supplemental Complaint that adds eight Defendants (Dkt. No. 38).  Plaintiff's Motion to Serve a Supplemental Complaint is pending (Dkt. No. 39).

In the interests of judicial economy, Plaintiff's motion is **DENIED WITHOUT PREJUDICE** pending resolution of Defendants' Motion for Summary Judgment.  If Plaintiff's Amended Complaint (Dkt. No. 11) survives summary judgment, he may then file a motion for leave to file a second amended complaint.  Defendants will then have an opportunity to respond, and the Court will rule on the propriety of Plaintiff's motion.

    **IT IS ORDERED**.

                                            s/Mark A. Randon
                                            MARK A. RANDON
                                            UNITED STATES MAGISTRATE JUDGE

Dated:  December 20, 2012

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 20, 2012, by electronic and/or first class U.S. mail.

s/Melody R. Miles
Case Manager to Magistrate Judge Mark A. Randon
(313) 234-5542
